UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

                                       ORDER

JOWENKY NUÑEZ, JR.,
                Defendant.
--------------------------------------------------------X     22 CR 293 (JPO)

J. PAUL OETKEN, U.S.D.J.

Upon the application of Esere J. Onaodowan, Esq., A. James Bell, Esq. and Karloff C. Commissiong, Esq., the assigned attorneys for the defendant, JOWENKY NUÑEZ, JR., in the above-referenced case, for an order authorizing counsel and/or family members to be able to provide trial clothes to the defendant,;

**IT IS HEREBY ORDERED** that the attorneys for the defendant and/or paralegal, Meusette Gonzalez, may provide trial clothes to the defendant at the United States Federal Courthouse in the SDNY or at the Metropolitan Detention Center (MDC) and that family members for the defendant may provide additional trial clothes to the defendant at MDC. Please find an itemized list of the clothing below:

1. **(2)** Suit jackets
2. **(4)** Pairs Dress Slacks
3. **(4)** Button-down Dress Shirts
4. **(5)** Short-sleeve Undershirts, white
5. **(5)** Sleeveless Undershirts, white
6. **(5)** Pairs Socks
7. **(3)** Pairs Boxer-briefs, white
8. **(4)** Ties
9. **(1)** Belt
10. **(1)** Pair of New Balance Sneakers

**IT IS FURTHER ORDERED** that the defendant be permitted to wear the clothing pursuant to this Order during every court appearance from April 7, 2025 (jury selection) until the trial is concluded. The trial is scheduled to last approximately seven (7) weeks.

Dated: April 3, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge